# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| TERRY TYRONE PULLEN, JR., | Case No. 1:19-cv-00811 |
| Plaintiff, | District Judge Douglas R. Cole |
| | Magistrate Judge Caroline H. Gentry |
| vs. | |
| LT. BROUGHTON, *et al.*, | |
| Defendants. | |

# ORDER

Plaintiff filed a Response (Doc. 48) to this Court's Amended Order to Show Cause (Doc. 47) on June 9, 2022. In his response, Plaintiff explains that he has not responded to Defendants' Motion for Summary Judgment (Doc. 40) because he did not receive a copy of the motion for reasons related to a change in address. Plaintiff's Response to the Order to Show Cause is well-taken. Accordingly, Defendants are **ORDERED** to serve Plaintiff with a copy of their Motion for Summary Judgment (Doc. 40) at Plaintiff's new address. Defendants are further **ORDERED** to file a notice with the date of service.

Plaintiff shall have thirty (30) days after the date of service to file his response to Defendants' Motion for Summary Judgment. Plaintiff is placed on notice that if he does not respond to Defendants' Motion in the time allowed, the Court will proceed to decide Defendants' Motion for Summary Judgment and Plaintiff will waive any arguments that he might have raised in opposition to the Motion.

**IT IS SO ORDERED**.

*s/Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge